UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

DONALD MELVIN CONNELLY (2),

          Defendant.

CASE NO. 17CR1733-BAS

**JUDGMENT OF DISMISSAL**

FILED AUG 01 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__xx__ an indictment has been filed in another case 17CR2088-BAS against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__XX__ of the offense(s) as charged in the Information:

21:952, 960 - IMPORTATION OF METHAMPHETAMINE

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: July 31, 2017

_____
Cynthia Bashant
U.S. District Judge